IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LAMBRO, individually and on behalf of similarly situated individuals,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 1:21-cv-255 (CKK) |

### ORDER
(April 7, 2021)

Plaintiff Jason Lambro has filed a [9] Motion to Transfer, in which Plaintiff requests that this Court transfer his Complaint to the U.S. Court of Federal Claims because that court has exclusive jurisdiction under the Tucker Act, 28 U.S.C. § 1491 over claims arising from the Fair Labor Standards Act 29 U.S.C. § 201, *et seq.* against a government agency unless Plaintiff waives monetary claims exceeding $10,000—which Plaintiff declines to do. Pl.'s Mot. to Transfer at 1. Defendant does not oppose Plaintiff's request to transfer. *Id.* Upon consideration of Plaintiff's Motion to Transfer, and noting that Defendant does not oppose Plaintiff's motion, the Court agrees that it does not have jurisdiction over Plaintiff's Complaint. However, pursuant to its authority under 28 U.S.C. § 1631, the Court finds that it is in the interest of justice to transfer this action to the United States Court of Federal Claims, and so shall grant Plaintiff's motion. *See, e.g.*, *Cartwright Int'l Can Lines, Inc. v. Doan*, 525 F. Supp. 2d 187, 197 (D.D.C. 2007) (granting motion to transfer claims arising under Tucker Act to the Court of Federal Claims).

Defendant has also filed a [10] Motion to Stay, in which Defendant requests a stay of proceedings pending the completion of the transfer, including a stay of Defendant's deadline to

1

answer or otherwise respond to Plaintiff's Complaint.  Def.'s Mot. to Stay at 2–3.  Plaintiff does not oppose Defendant's request for a stay. Accordingly, it is this 7th day of April 2021 hereby

**ORDERED** that Plaintiff's [9] Motion to Transfer the Complaint is **GRANTED**; it is further

**ORDERED** that Plaintiff's Complaint shall be transferred to the U.S. Court of Federal Claims; it is further

**ORDERED** that Defendant's [10] Motion to Stay is **GRANTED;** and it is further

**ORDERED** that proceedings in this case shall be **STAYED** pending further order of the transferee court, the U.S. Court of Federal Claims.

**SO ORDERED.**

Dated: April 7, 2021

      /S/
COLLEEN KOLLAR-KOTELLY
United States District Judge